UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOMER TYRONE LEWIS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>KATHLEEN ALLISON, et al.,<br><br>　　　　　Defendants. | No.  2:21-cv-0366 CKD P<br><br><br>ORDER |

　　　　Plaintiff is a prisoner who is proceeding pro se and in forma pauperis.  Plaintiff seeks relief pursuant to 42 U.S.C. § 1983.

　　　　On February 3, 2022, the court ordered the United States Marshal to serve the complaint on defendants.  Process directed to defendant Singh was returned unserved because this individual could not be identified with only their last name and their job title of "Canteen Manager."  Plaintiff must provide additional information to serve this defendant.  Plaintiff shall promptly seek such information through discovery, the California Public Records Act, Calif. Gov't. Code § 6250, et seq., or other means available to plaintiff.  If access to the required information is denied or unreasonably delayed, plaintiff may seek judicial intervention.

　　　　Accordingly, IT IS HEREBY ORDERED that:

　　　　1. The Clerk of the Court is directed to send to plaintiff one USM-285 form, along with an instruction sheet and a copy of the amended complaint filed July 16, 2021.

1

2. Within sixty days from the date of this order, plaintiff shall complete and submit the attached Notice of Submission of Documents to the court, with the following documents:

    a. One completed USM-285 form for each defendant;

    b. Two copies of the endorsed amended complaint filed July 16, 2021; and

    c. One completed summons form with additional identifying information for defendant Singh or show good cause why he cannot provide such information.

3. Plaintiff is advised that if defendant Singh cannot be properly served with process, the undersigned will recommend dismissing this action without prejudice pursuant to Rule 4(m) of the Federal Rules of Civil Procedure.

Dated: March 14, 2022

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

12/lewi0366.8e(2)

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOMER TYRONE LEWIS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>KATHLEEN ALLISON, et al.,<br><br>　　　　　Defendant. | No.  2:21-cv-0366 CKD P<br><br><br>NOTICE OF SUBMISSION OF DOCUMENTS |

　　　Plaintiff hereby submits the following documents in compliance with the court's order

filed _____ :

　　　____　　　completed summons form

　　　__1__　　completed USM-285 forms

　　　__2__　　copies of the _____July 16, 2021_____
　　　　　　　　　　　　　　　　Amended Complaint

DATED:


　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Plaintiff

3