IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **HOMER TYRONE LEWIS,**<br><br>Plaintiff,<br><br>v.<br><br>**KATHLEEN ALLISON, et al.,**<br><br>Defendants. | 2:21-cv-00366-CKD (PC)<br><br>**ORDER**<br><br><br>Judge:      The Hon. Carolyn K. Delaney<br>Trial Date:  Not Set<br>Action Filed:  February 26, 2021 |

**GOOD CAUSE APPEARING,** Defendant's motion for an administrative relief re-extension of time to schedule a settlement conference and motion to opt out of the Post-Screening ADR Project is granted. The deadline to contact the Courtroom Deputy to schedule a settlement conference is extended to August 24, 2022, and the deadline to file a motion to opt out of the Post-Screening ADR Project is extended to September 26, 2022.

Dated: June 22, 2022

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE