UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOMER TYRONE LEWIS,<br><br>Plaintiff,<br><br>v.<br><br>KATHLEEN ALISON, et al.,<br><br>Defendants. | No. 2:21-cv-00366-CKD P<br><br><br><br>ORDER |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.  On August 24, 2022, defendant filed a motion to opt-out of the Post-Screening ADR Pilot Project.  ECF No. 33.  Upon review of the motion, the court finds good cause to grant defendant's request.

Accordingly, IT IS HEREBY ORDERED that:

1. Defendant's request to opt out of the Post-Screening ADR Project (ECF No. 33) is granted.

2. The stay of this action is lifted.

3. Defendant shall file a responsive pleading within thirty days from the date of this order.

Dated:  August 29, 2022

/s/ Carolyn K. Delaney
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

12/lewi0366.optout.docx

1