UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOMER TYRONE LEWIS, | No. 2:21-cv-00366-CKD P |
| Plaintiff, | |
| v. | ORDER |
| KATHLEEN ALISON, et al., | |
| Defendants. | |

    Plaintiff is a state inmate proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983. Currently pending before the court is defendants' motion to revoke plaintiff's in forma pauperis status. ECF No. 35. Both parties have filed separate motions to stay these proceedings pending the court's ruling on defendants' motion. ECF Nos. 37, 38. A review of the court's docket indicates that no Discovery and Scheduling Order has been issued by the court. Therefore, discovery has not commenced and there are no pending deadlines in this case. As a result, the motions to stay are rendered moot and will be denied by the court.

    Additionally, the court notes that plaintiff has not opposed defendants' motion to revoke his in forma pauperis status. The court will sua sponte grant plaintiff an extension of time to file an opposition or a statement of non-opposition to the motion. Within 21 days from the date of this order, plaintiff shall file an opposition or statement of non-opposition to the motion. Defendants may file a reply within 14 days after service of any opposition. Plaintiff is advised

that the failure to file an opposition will result in a recommendation that this action be dismissed pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

Accordingly, IT IS HEREBY ORDERED that:

1. Defendants' motion to stay this case (ECF No. 37) is denied as moot.
2. Plaintiff's separate motion for a stay of these proceedings (ECF No. 38) is also denied as moot.
3. Within thirty days from the date of this order, plaintiff shall file an opposition to the motion to revoke his in forma pauperis status or a statement of non-opposition. Failure to comply with this order will result in dismissal of this action pursuant to Federal Rule of Civil Procedure 41(b).

Dated: November 4, 2022

_CAROLYN K. DELANEY_
UNITED STATES MAGISTRATE JUDGE

12/lewi0366.m2stay.docx