UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOMER TYRONE LEWIS, | No. 2:21-cv-00366-CKD P |
| Plaintiff, | |
| v. | <u>ORDER</u> |
| KATHLEEN ALISON, et al., | |
| Defendants. | |

Plaintiff has requested an extension of time to file an opposition to defendant's motion to revoke plaintiff's in forma pauperis status. Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 40) is granted; and

2. Plaintiff is granted thirty days from the date of this order in which to file and serve an opposition to defendant's motion to revoke his in forma pauperis status.

Dated: December 20, 2022

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

12/lewi0366.36.revokeIFP.docx

1