UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOMER TYRONE LEWIS, | No. 2:21-cv-00366-TLN-CKD |
| Plaintiff, | |
| v. | **ORDER** |
| KATHLEEN ALISON, et al., | |
| Defendants. | |

   Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

   On July 7, 2023, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. Neither party filed objections to the findings and recommendations.

   The Court reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

///

///

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed July 7, 2023 (ECF No. 44) are ADOPTED IN FULL;
2. Defendant's motion to revoke Plaintiff's in forma pauperis status or, in the alternative, to declare Plaintiff a vexatious litigant (ECF No. 35) is DENIED;
3. Defendant shall file an answer to the first amended complaint within 21 days from the date of this order.

Date:  August 16, 2023

Troy L. Nunley
United States District Judge