UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOMER TYRONE LEWIS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>KATHLEEN ALLISON,<br><br>　　　　　Defendants. | No. 2:21-cv-0366 TLN CKD P<br><br><br>ORDER |

Defendant Singh, the only remaining defendant, requests that the court clarify which claim remains in this action. Good cause appearing, defendant Singh's request for clarification (ECF No. 48) is granted. Pursuant to the court's October 27, 2021, order, the claim that remains is "an Eighth Amendment conditions of confinement claim against defendant [Singh] for knowingly exposing plaintiff to a substantial risk of contracting COVID-19." ECF No. 11 at 5.

Dated: March 7, 2024

　　　　　　　　　　　　　　　　　　　　　/s/ Carolyn K. Delaney
　　　　　　　　　　　　　　　　　　　　　CAROLYN K. DELANEY
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1
lewi0366.rfc