UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOMER TYRONE LEWIS, | No. 2:21-cv-0366 TLN CKD P |
| Plaintiff, | |
| v. | ORDER |
| KATHLEEN ALLISON, | |
| Defendants. | |

Review of the answer filed September 1, 2023 indicates defendant's name as it appears on the court's docket is not correct. Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court change the remaining defendant's name to Praveen Singh.

Dated: March 7, 2024

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
lewi0366.nc